FILED
STATES DISTRICT COU,
DENVER, COLORADO

MAR 15 2006

GREGORY C. LANGHAM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00328-WDM-CBS

In the Matter of the Application of

LEHMAN BROTHERS, INC., a Delaware corporation,

    Petitioner,

v.

DANON BLEA, an individual,

    Respondent.

## ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE TO SERVE SUMMONS AND PETITION ON RESPONDENT DANON BLEA

This matter is before the Court on the Motion for Order Directing the United States Marshals Service to Serve Summons and Petition on Respondent Danon Blea, filed by Petitioner Lehman Brothers, Inc. on March 7, 2006. The Court, having read said Motion and otherwise being duly apprised of the premises, GRANTS the Motion. It is hereby

ORDERED that the United States Marshals Service shall serve the Summons and Verified Petition to Confirm Arbitration Award in this matter on Respondent Danon Blea.

Dated this 8th day of March, 2006.

BY THE COURT

_____
Judge
United States District Court